IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REGINALD LEE Inmate #N-60113,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-178-JPG |
| | ) |
| **C/O Clark, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Plaintiff's claims are **DISMISSED** with prejudice, except for his claim concerning the loss of good conduct credits which is **DISMISSED** without prejudice. Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| _____11/4/2009_____ | By: | _____**s/ J. Phil Gilbert**_____ |
| *Date* | | *District Judge* |